598

Submitted November 8, 1976.
Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1130

Commonwealth v. Miller, Appellant.

Argued March 15, 1977.   Robert B. Lieberman, with him George W. Gekas, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1130

Commonwealth v. Miller, Appellant.